Opinion filed May 10, 2007 















 
 
 The court on this day, October 11, 2007, has withdrawn this opinion
 and judgment dated May 10, 2007, and substituted the opinion and judgment
 dated October 11, 2007.
 
 







 
 
  
 
 




Opinion filed May 10, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00060-CV 

                                                    __________

 

                     IN THE INTEREST OF C.R. AND A.V., CHILDREN

 



 

                                        On
Appeal from the County Court at Law

                                                           Ector
 County, Texas

                                              Trial Court Cause No. CC-2607-PC

 



 

                                              M
E M O R A N D U M   O P I N I O N

Chad
Russell has filed both a notice of appeal and the requisite filing fee.  The clerk of the trial court has informed
this court in writing that Russell has failed to make the proper arrangements for
the preparation of the clerk=s record. 
Russell was notified by this court  that failure to correct this situation
by May 8, 2007, could result in the dismissal of this appeal.  There has been no response to our
letter.  Therefore, the failure to file the
clerk=s record appears to be due to Russell=s actions. TEX. R. APP. P. 37.3(b).

 The appeal is dismissed for want of
prosecution.  TEX. R. APP. P. 42.3.

 

 

May 10, 2007                                                                          PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.